# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJESH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIATRIS, INC., PFIZER INC., MICHAEL GOETTLER, SANJEEV NARULA, BRYAN SUPRAN, MARGARET M. MADDEN, DOUGLAS E. GIORDANO, ROBERT J. COURY, IAN READ, and JAMES KILTS,<br><br>Defendants. | Case No. 2:21-cv-01769-NR<br>The Honorable J. Nicholas Ranjan<br><br>**PLAINTIFF'S MOTION FOR REMAND** |

Plaintiff Rajesh Patel, by and through undersigned counsel, files this Motion for Remand, stating as follows:

1. On October 28, 2021, Plaintiff filed a Class Action Complaint against Defendants Viatris, Inc., Pfizer Inc., Michael Goettler, Sanjeev Narula, Bryan Supran, Margaret M. Madden, Douglas E. Giordano, Robert J. Coury, Ian Read, and James Kilts ("Defendants") in the Court of Common Pleas of Allegheny County, Pennsylvania, alleging violations of the Securities Act of 1933 ("Securities Act").

2. Thereafter, on December 3, 2021, Defendants filed a Notice of Removal in this Court.

3. As demonstrated in the concurrently filed Memorandum in Support of Plaintiff's Motion for Remand, Defendants' removal of this action violates the Securities Act's removal bar, as well as the express exemptions of the Class Action Fairness Act of 2005, and lacks any objectively reasonable basis.

**WHEREFORE**, for the foregoing reasons and those further set forth in Memorandum of Law in Support of Plaintiff's Motion for Remand filed in support of this motion, Plaintiff

respectfully requests that this Court remand this action to the Court of Common Pleas and award attorneys' fees and costs to Plaintiff under 28 U.S.C. §1447(c).

Dated: December 31, 2021

Respectfully submitted,

**LYNCH CARPENTER LLP**

*/s/ Kelly K. Iverson*
GARY F. LYNCH (Pa. ID 56887)
KELLY K. IVERSON (Pa. ID 307175)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
F: 412-231-0246
gary@lcllp.com
kelly@lcllp.com

*Local Counsel for Plaintiff*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JONATHAN M. ZIMMERMAN
(Pa. ID 322668)
THOMAS L. LAUGHLIN, IV
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jzimmerman@scott-scott.com
tlaughlin@scott-scott.com

**HEDIN HALL**
DAVID W. HALL
ARMEN ZOHRABIAN
Four Embarcadero Center, Suite 1400
San Francisco, CA 94101
Tel.: 415-766-3534
Fax: 415*402-0058
dhall@hedinhall.com
azohrabian@hedinhall.com

*Co-lead Counsel for Plaintiff and Putative Class*

**THE SCHALL LAW FIRM**
BRIAN J. SCHALL
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: 310-301-3335
Fax: 310-388-0192
brian@schallfirm.com

*Additional Counsel for Plaintiff*